UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS C. RICCI,                )  | |
|                                 )  | |
|     Plaintiff,                  )  | |
|                                 )  | |
|     v.                          )  | NO.  3:09-0645 |
|                                 )  | Judge Nixon/Brown |
| RAPID RESTORATION, LLC,         )  | **Jury Demand** |
|                                 )  | |
|     Defendant.                  )  | |

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on April 28, 2011.  The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to the Senior District Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge