IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS C. RICCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0645 |
| ) | Judge Nixon |
| RAPID RESTORATION, LLC, ) | Magistrate Judge Brown |
| ) | JURY DEMAND |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Emergency Motion to Continue and to Reopen Discovery (Doc. No. 51), requesting a four-month continuance of the jury trial in this case and the reopening of discovery. Plaintiff has filed a Response in Opposition (Doc. No. 52). After consideration, The Court hereby **CONTINUES** the jury trial in the above-captioned case, scheduled before this Court on Tuesday, May 3, 2011, to Tuesday, July 19, 2011, at 9:00 a.m.

Plaintiff represents in his Response that he does not intend to call Dan Monahan as a witness. (Doc. No. 52 at 1 n.1.) However, Plaintiff may wish to reconsider that decision in light of the Court's continuance of the jury trial in this case; accordingly, Defendant's Motion to reopen discovery is hereby **REFERRED** to Magistrate Judge Brown for consideration.

It is so ORDERED.

Entered this the ___29___ day of April, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT