UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENNIS RICCI,                    )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    NO. 3:09-0645
                                 )    Judge Nixon/Brown
RAPID RESTORATION, LLC           )
                                 )
    Defendant.                   )

### **O R D E R**

On May 12, 2011, the undersigned conducted a telephone conference to discuss remaining discovery issues as directed by Judge Nixon in his order of April 29, 2011 (Docket Entry 53). At the conclusion of the telephone conference, the parties were directed to contact Judge Nixon's courtroom deputy to secure a new trial date. Subsequently, the trial date was reset to July 19, 2011 (Docket Entry 56). The defendants have now filed an unopposed motion to continue the trial in this matter (Docket Entry 57).

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **directed** to term the referral and transmit this file to the District Judge.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge